| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEVADA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ■ Chapter 13 <br><br> ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Kainoa** <br> First name <br><br> **Richard** <br> Middle name <br><br> **Kaiwi** <br> Last name and Suffix (Sr., Jr., II, III) | **Liana** <br> First name <br><br> **Leilani Gouveia** <br> Middle name <br><br> **Kaiwi** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5605 | xxx-xx-7010 |

Debtor 1 **Kainoa Richard Kaiwi**
Debtor 2 **Liana Leilani Gouveia Kaiwi**           Case number *(if known)* _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **10619 Skye Paseo Ave**<br>**Las Vegas, NV 89166**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■   Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐   I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■   Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐   I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **Kainoa Richard Kaiwi**
Debtor 2   **Liana Leilani Gouveia Kaiwi**                                              Case number *(if known)*

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Kainoa Richard Kaiwi**
Debtor 2 **Liana Leilani Gouveia Kaiwi**

Case number *(if known)* _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Debtor 1    **Kainoa Richard Kaiwi**
Debtor 2    **Liana Leilani Gouveia Kaiwi**                                      Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Kainoa Richard Kaiwi**
Debtor 2 **Liana Leilani Gouveia Kaiwi**                                   Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kainoa Richard Kaiwi**                              **/s/ Liana Leilani Gouveia Kaiwi**
**Kainoa Richard Kaiwi**                                  **Liana Leilani Gouveia Kaiwi**
Signature of Debtor 1                                     Signature of Debtor 2

Executed on **November 17, 2023**                         Executed on **November 17, 2023**
              MM / DD / YYYY                                            MM / DD / YYYY

Debtor 1   **Kainoa Richard Kaiwi**
Debtor 2   **Liana Leilani Gouveia Kaiwi**                                              Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

                    **/s/ Erik Severino, Esq.**                          Date    **November 17, 2023**
                    Signature of Attorney for Debtor                             MM / DD / YYYY

                    **Erik Severino, Esq.**
                    Printed name
                    **Law Office of Erik Severino**
                    Firm name
                    **7251 W. Lake Mead Blvd., Ste 300**
                    **Las Vegas, NV 89128**
                    Number, Street, City, State & ZIP Code

                    Contact phone  **702-370-0155**           Email address   **erik@mylasvegaslawyers.com**
                    **010221 NV**
                    Bar number & State

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 7

```
Kainoa Richard Kaiwi
Liana Leilani Gouveia Kaiwi
10619 Skye Paseo Ave
Las Vegas, NV 89166

Erik Severino, Esq.
Law Office of Erik Severino
7251 W. Lake Mead Blvd., Ste 300
Las Vegas, NV 89128

Affirm, Inc.
Acct No S3D8Z54
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Acct No PIF6WXSA
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Acct No FGLCUYK
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Acct No XT4333I4
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Amex
Acct No 3499925931190763
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Barclays Bank Delaware
Acct No 000276362622922
P.o. Box 8803
Wilmington, DE 19899

Barclays Bank Delaware
Acct No 000276362625804
Attn: Bankruptcy
125 South West St
Wilmington, DE 19801
```

```
Brinks Home Security
Acct No 7004196335913968
Attn: Bankruptcy
1990 Wittington Pl
Dallas, TX 75234

Caliber Home Loans
Acct No 9775881668
Attn: Bankruptcy
P.O. Box 24610
Oklahoma City, OK 73124

Capital One
Acct No 4147098641903430
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One Auto Finance
Acct No 62010148627461001
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024

Central Pacific Bank
Acct No 8101949092
Attn: Bankruptcy
220 South King St
Honolulu, HI 96813

Central Pacific Bank
Acct No 8101452147
Attn: Bankruptcy
220 South King St
Honolulu, HI 96813

Central Pacific Bank
Acct No 8101450713
Attn: Bankruptcy
220 South King St
Honolulu, HI 96813

Central Pacific Bank
Acct No 8101586941
Attn: Bankruptcy
220 South King St
Honolulu, HI 96813

Chase Card Services
Acct No 4147400255466045
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850
```

```
Chase Card Services
Acct No 4147202413067214
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Acct No 4266841499190377
Po Box 15369
Wilmington, DE 19850

Chase Card Services
Acct No 4266841345136376
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Mortgage
Acct No 4651393070595
Attn: Legal Correspondence Center
700 Kansas Ln Mail Code La4-7200
Monroe, LA 71203

Citibank
Acct No 5466160389153451
Po Box 6217
Sioux Falls, SD 57117

Comenity Bank/Kay Jewelers
Acct No 7788504056427317
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Kay Jewelers
Acct No 7788504063419372
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Dept Of Education/neln
Acct No 365395466FD00002
Po Box 82561
Lincoln, NE 68501

Discover Financial
Acct No 6011012021989065
Po Box 30939
Salt Lake City, UT 84130

Earnest/Navient
Acct No 6087200000193960
Attn: Bankruptcy
Po Box 9250
Wilkes-Barre, PA 18773
```

```
First Hawaiian Bank
Acct No 1000100071790466
Attn: Bankruptcy
Po Box 3200
Honolulu, HI 96847

Goldman Sachs Bank USA
Acct No 1200012007676076
Lockbox 6112
Philadelphia, PA 19170

GreenSky Financial
Acct No 7777771081717292
1797 Ne Expressway
Atlanta, GA 30329

GreenSky Financial
Acct No 7777771081717292
Attn: Bankruptcy
5565 Glenridge Connector Ste 700
Atlanta, GA 30342

Hawaii State FCU
Acct No 99385010
Pob 3072
Honolulu, HI 96802

Hawaii State FCU
Acct No 98379320
Attn: Bankruptcy
Po Box 3072
Honolulu, HI 96802

Hawaii State Fed Cr Un
Acct No 4160591100989553
Pob 3072
Honolulu, HI 96802

Kia Motors Finance
Acct No 20220308348709
Attn: Bankruptcy
Po Box 20825
Fountain Valley, CA 92728

Navient
Acct No 94822146681E00520120910
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Navient
Acct No 94822146681E00620130909
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773
```

```
Navient
Acct No 94822146681E00120090923
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Navient
Acct No 94822146681E00320100830
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Navient
Acct No 94822146681E00420110902
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Pnc Mortgage
Acct No 4331300019126
Attn: Bankruptcy
8177 Washington Church Rd,
Dayton, OH 45458

Pulte Mortgage Corp
Acct No 7841514
Attn Bankruptcy Dept
7390 S Iola St
Englewood, CO 80112

Santander Consumer USA, Inc
Acct No 30000266242631000
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161

Synchrony Bank
Acct No 601918104003
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Acct No 6019183839399383
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Acct No 6019183843389180
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
```

Synchrony Bank/Care Credit
Acct No 6019183420666513
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Acct No 6019183256522467
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/HHGregg
Acct No 6501723667917932
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams
Acct No 6045992254952635
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Acct No 5213331095909561
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Acct No 5243661660256962
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/PayPal Credit
Acct No 6044192165156498
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

U.S. Bankcorp
Acct No 4037660011088382
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

Upgrade, Inc.
Acct No 203761522
2 North Central Ave, 10th Flr
Phoenix, AZ 85004

```
Upstart
Acct No L2789008
Attn: Bankruptcy
Po Box 1503
San Carlos, CA 94070

Upstart
Acct No L143423
Attn: Bankruptcy
Po Box 1503
San Carlos, CA 94070

Wyndham Vacation Ownership
Acct No 871509519
Attn: Bankruptcy
P.O. Box 98940
Las Vega, NV 89139

Wyndham Vacation Ownership
Acct No 641668041
Attn: Bankruptcy
P.O. Box 98940
Las Vega, NV 89139

Wyndham Vacation Ownership
Acct No 871509519
Attn: Bankruptcy
P.O. Box 98940
Las Vega, NV 89139
```